UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DAVID HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>Defendant. | Case No.: _____<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendant, Aaron's, Inc., by its attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of Case No. 2018-CP-42-01911, which is pending in the Seventh Circuit Court of Common Pleas, Spartanburg County, South Carolina. In support of this Notice, Defendant states as follows:

1.      On June 6, 2018, Plaintiff David Hill filed an action in the Seventh Circuit Court of Common Pleas, Spartanburg County, South Carolina, titled *David Hill v. Aaron's, Inc.*, Case No. 2018-CP-42-01911.

2.      Defendant was served with Summons and the Complaint on June 11, 2018. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other process, pleadings, and orders served on Defendant are attached as Exhibit A.

3.      In his Complaint, Plaintiff alleges that Defendant engaged in a "pervasive pattern and practice of failing to pay its employees overtime pay" in violation the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA") and the South Carolina Wage Payment Act, S.C. Code § 41-10-10 ("SCWPA"). (Exhibit A; Compl. ¶ 12.)

4.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because Plaintiff's FLSA claims arise under the laws of the United States. In addition, this Court

has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367 because it is substantially related to Plaintiff's FLSA claim and arises from the same nucleus of operative facts. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

5. Because this action is pending in the Seventh Circuit Court of Common Pleas, Spartanburg County, South Carolina, venue for these purposes is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claim against it for relief upon which this action is based.

7. Prompt written notice of this Notice of Removal is being sent to Plaintiff and to the Clerk of the Court of the Seventh Circuit Court of Common Pleas, Spartanburg County, South Carolina, as required by 28 U.S.C. § 1446(d). A copy of the notice is attached as <u>Exhibit B</u>.

8. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice is not interposed for any improper purpose, such as to harass, cause needless delay, or increase the cost of litigation.

Date: July 11, 2018                    Respectfully submitted,

                                               s/ Honore N. Hishamunda
                                                   Kevin M. Young*
                                                   Georgia Bar No. 183770
                                                   kyoung@seyfarth.com
                                                   Honore Hishamunda
                                                   Federal Bar Id. No. 12578
                                                   hhishmunda@seyfarth.com
                                                   SEYFARTH SHAW LLP
                                                   1075 Peachtree St. NE, Suite 2500
                                                   Atlanta, Georgia 30309-3958
                                                   Phone: (404) 885-1500
                                                   Facsimile: (404) 892-7056

                                               *      Application for *Pro Hac Vice*
                                                       Admission to be filed

                                               Counsel for Defendant

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DAVID HILL, individually and on behalf of all others similarly situated, | ) ) Case No.: _____ ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** ) |
| v. | ) ) |
| AARON'S, INC., | ) ) |
| Defendant. | ) |

    I certify that on July 11, 2018, I electronically filed **Defendant's Notice of Removal** with the Clerk of Court and sent notification of such filing by the U.S. Postal Service to the following attorneys of record:

Scott F. Talley
Shannon M. Phillips
TALLEY LAW FIRM, P.A.
134 Oakland Avenue
Spartanburg, South Carolina 29301

                                                     s/ Honore N. Hishamunda_____
                                                     One of Counsel for Defendant