# EXHIBIT B TO REINERT DECLARATION

## SIGNATURE AND AUDIT LOG

## Arbitration Agreement Eff.03-01-2017 (DOC0001011)

By providing my signature below I acknowledge that I have read Arbitration Agreement Eff.03-01-2017 (DOC0001011) and understand it in its entirety.

**Name:** David Hill
**Clock#:** 381727
**User ID:** DavidRHill148728
**Signature:** David Hill
**Date signed:** 2017-03-01 17:29:17

## Audit Log

| Timestamp | Action |
| --- | --- |
| 2017-02-28 17:34:29 | Document published |
| 2017-03-01 17:29:17 | Document signed |
| 2018-06-13 10:00:46 | Signature downloaded |