IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| David Hill, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>Aaron's, Inc.,<br><br>  Defendant. | Civil Action No. 7:18-cv-01892-TMC |

### PLAINTIFF'S AFFIDAVIT

I, David Hill, being duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-captioned action.

2. I did not receive the Agreement to Arbitrate attached to Defendant's Motion to Dismiss Plaintiff's Complaint and Compel Arbitration.

3. I did not see the Agreement to Arbitrate.

4. I did not electronically sign the Agreement to Arbitrate.

5. I was not asked to verify my identity in signing any electronic Agreement to Arbitrate.

6. I did not intend to agree to the Agreement to Arbitrate.

7. Other employees, including my supervisor, had access to my computer at work.

              _____
              David Hill, Plaintiff

Sworn to before me this 31
day of July, 2018

_____
Notary Public for South Carolina
My Commission expires: 12-6-2027