AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David Hill | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Civil Action No.   7-18-cv-1892-TMC |
| Aaron's Inc | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Aaron's motion to compel arbitration is granted and Hill's complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M Cain.

Date:   January 7, 2019                                    *CLERK OF COURT*

                                                           s/L K McAlister, Deputy Clerk

                                                           *Signature of Clerk or Deputy Clerk*